Brian S. King, #4610
Brent J. Newton, #6950
**BRIAN S. KING PC**
420 East South Temple, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILLIAM D., individually and on behalf of S.D., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, and the FORTIVE CORPORATION & SUBSIDIARIES MEDICAL PLAN, <br><br> Defendants. | STIPULATED MOTION TO DISMISS WITH PREJUDICE <br><br><br> Civil No. 2:19-cv-00590-DBB-JCB |

The parties, through their undersigned counsel, stipulate and move the Court to dismiss the above captioned matter (including without limitation each and every cause of action contained in the Complaint) in its entirety with prejudice on the merits. Each party is to bear its own fees and costs.

Dated this 3rd day of May, 2021.            Dated this 3rd day of May, 2021.

/s/ Brian S. King                                     /s/ Bentley J. Tolk *(with permission)*
Attorney for Plaintiffs                              Attorney for Defendants