Brian S. King, #4610
Brent J. Newton, #6950
**BRIAN S. KING PC**
420 East South Temple, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILLIAM D., individually and on behalf of S.D., a minor,<br><br>         Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and the FORTIVE CORPORATION & SUBSIDIARIES MEDICAL PLAN,<br><br>         Defendants. | ORDER OF DISMISSAL WITH PREJUDICE<br><br><br>Civil No. 2:19-cv-00590-DBB-JCB |

Based on the parties' stipulated motion and with good cause appearing, the above captioned matter (including without limitation each and every cause of action contained in the Complaint) is dismissed in its entirety with prejudice on the merits. Each party is to bear its own fees and costs.

Dated this __ day of May, 2021.

_____
By the Court