THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM D., individually and on behalf of S.D., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and the FORTIVE CORPORATION & SUBSIDIARIES MEDICAL PLAN,<br><br>    Defendants. | **ORDER GRANTING [40] STIPULATED MOTION TO DISMISS**<br><br><br>Case No. 2:19-cv-00590-DBB-JCB<br><br>District Judge David Barlow |

Before the court is Plaintiffs' stipulated motion to dismiss with prejudice.[1] For good cause, the motion is GRANTED. This case is DISMISSED WITH PREJUDICE. Each party is to bear its own costs and fees.

Signed May 3, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 40.