IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM D., individually and on behalf of S.D., a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and the FORTIVE CORPORATION & SUBSIDIARIES MEDICAL PLAN,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:19-cv-00590-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

For the reasons stated in the court's May 3, 2021 Order, the stipulated motion to dismiss is GRANTED. This matter is DISMISSED WITH PREJUDICE. Each party is to bear its own costs and fees. The Clerk of Court is directed to close this case.

Signed May 3, 2021.

BY THE COURT

David Barlow
United States District Judge